**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                         Case No. **10-09252**

**ESTRADA ANGULO, MIGUEL & BRUNO ALICEA, OMAIRA**     Chapter **13**
Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

1. **Notices of Correction of Social Security Numbers in Bankruptcy Filing were sent to national credit reporting agencies.**

2. **Amended Voluntary Petition with correct social security numbers with the Notice of Correction of Social Security Numbers in Bankruptcy Filing for both petitioners attached.**

3. **National credit reporting agencies were served as follows:**

| | | |
|---|---|---|
| **EXPERIAN**<br>PROFILE MAINTENANCE<br>PO BOX 9558<br>ALLEN, TX 75013 | **TRANS UNION CORPORATION**<br>ATTN: PUBLIC RECORDS DEPARTMENT<br>555 WEST ADAMS STREET<br>CHICAGO, IL 60661 | **EQUIFAX**<br>PO BOX 144717<br>ORLANDO, FL 32814 |

**TRANS UNION DE PUERTO RICO, INC.**
670 AVE PONCE DE LEON 101 APARTMENT 1010
SAN JUAN, PR 00907

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **14th** day of **October**, **2010**.

                                                                           **/s/ JOSE L JIMENEZ QUINONES**

I certify that the above mentioned documents were also mailed to all parties in interest at the addresses above mentioned and set forth in the exhibit attached hereto, by first class mail, postage prepaid on this **21st** day of **October, 2010**.

                                                                           **/s/ JOSE L JIMENEZ QUINONES**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| ADMINISTRACION DE LOS SISTEMAS DE RETIRO<br>DE LOS EMPLEADOS DEL GOB. Y LA JUDICATUR<br>P.O. BOX 42003<br>SAN JUAN, PR 00940-2003 | AFNI, INC.<br>PO BOX 3097<br>BLOOMINGTON, IL 61702-3097 | AFNI, INC.<br>404 BROCKER<br>BLOOMINGTON, IL 61701 |
| ASOCIACION DE EMPLEADOS DEL ELA<br>P.O. BOX 364508<br>SAN JUAN, PR 00936-4508 | AT&T MOBILITY<br>P.O. BOX 5818<br>DENVER, CO 80217 | BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| CITIBANK<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 | CITIBANK GORDON'S<br>P.O. BOX 689182<br>DES MOINES, IA 50368-9182 | Citifinacial Retail Services Of PR<br>P.O. BOX 71328<br>San Juan, PR 00936-8428 |
| CITIFINANCIAL<br>P.O. BOX 70919<br>CHARLOTTE, NC 28272-0919 | CITIFINANCIAL<br>111 CARR 174 STE 2<br>BAYAMON, PR 00959 | CITIFINANCIAL<br>PO BOX 71328<br>SAN JUAN, PR 00936-8428 |
| COLLECTION COMPANY OF AMERCIA<br>PO BOX 5369<br>NORWELL, MA 02061-5369 | COLLECTION COMPANY OF AMERICA<br>700 LONGWATER DR<br>NORWELL, MA 02061 | |
| DISH NETWORK<br>PO BOX 105169<br>ATLANTA, GA 30348-5169 | FIRST BANK<br>DEPARTAMENTO DE PRESTAMOS DE CONSUMO<br>P.O. BOX 19327<br>SAN JUAN, PR 00190-1427 | LTD FINANCIAL SERVICES, LP<br>7322 SOUTHWEST FREEWAY SUITE 1600<br>HOUSTON, TX 77074 |
| LVNV FUNDING, LLC<br>PO BOX 10497<br>GREENVILLE, SC 29603-0584 | MARTINEZ & TORRES LAW OFFICES,PSC<br>MARYSOL LOPEZ GONZALEZ,ESQ<br>P.O. BOX 192938<br>SAN JUAN, PR 00919-2938 | MIDLAND CREDIT MANAGEMENT<br>8875 AERO DR<br>SAN DIEGO, CA 92123 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only